**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MALIBU MEDIA, LLC,

            Plaintiff,

   vs.

MATT BEMIS,

            Defendant.

)  Case No. 2:13-cv-11415
)  Hon.  Paul D. Borman
)
)
)
)
)
)
)

---

| | |
|---|---|
| PAUL J. NICOLLETTI  (P-44419)<br>Attorney for Plaintiff<br>36880 Woodward Ave, Suite 100<br>Bloomfield Hills, MI 48304<br>(248) 203-7801 | JOHN T. HERMANN  (P-52858)<br>Attorney for Defendant<br>2684 West Eleven Mile Road<br>Berkley, MI 48072<br>(248) 591-9291 |

---

### ATTORNEY APPEARANCE

     PLEASE TAKE NOTICE that I am the will be appearing counsel on behalf of Defendant

MATT BEMIS, in connection with the above captioned civil case. Please provide me with copies

of all pertinent pleadings, notices and/or materials.

Dated:  November 13, 2013

       s/ John T. Hermann
       JOHN T. HERMANN (P52858)
       Attorney for Defendant
       2684 West Eleven Mile Road
       Berkley, MI 48072
       (248) 591-9291

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I herby certify that I electronically filed the foregoing paper with the Clerk of the Court with the ECF system which will send notification of each filing to the following:

Paul J. Nicoletti, Esq.

Dated: November 13, 2013

s/ John T. Hermann
JOHN T. HERMANN (P-52858)
Attorney for Defendant
2684 West Eleven Mile
Berkley, MI 48072
(248) 591-9291